# Order

Michigan Supreme Court
Lansing, Michigan

June 12, 2019

159032

*In re* Parole of MICHAEL THOMAS
PLUNKETT.

_____

MONROE COUNTY PROSECUTING
ATTORNEY,
          Appellee,

v

MICHAEL THOMAS PLUNKETT,
          Appellant,

_____

PAROLE BOARD,
          Intervenor.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  159032
COA:  346216
Monroe CC:  18-140782-AP

On order of the Court, the application for leave to appeal the December 21, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.  We note that a similar issue was presented in *In re Parole of Layman* (Docket No. 157104), which we remanded to the Court of Appeals for consideration as on leave granted by order dated April 3, 2018, and which was decided in *In re Parole of Layman*, unpublished per curiam opinion of the Court of Appeals, issued September 20, 2018 (Docket No. 341112).  Further, we note that a similar issue is presented in *In re Parole of Irwin* (Docket No. 158077), which we remanded to the Court of Appeals for consideration as on leave granted by order dated June 12, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



a0605

Clerk